IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 124,868

In the Matter of BRADLEY A. PISTOTNIK,
*Petitioner.*

ORDER OF REINSTATEMENT

On July 8, 2022, this court suspended Bradley A. Pistotnik's Kansas law license for one year under Supreme Court Rule 225(a)(3) (2023 Kan. S. Ct. R. at 281). The court ordered that Pistotnik undergo a reinstatement hearing pursuant to Supreme Court Rule 232(e) (2023 Kan. S. Ct. R. at 294), before the court would consider any petition for reinstatement. See *In re Pistotnik*, 316 Kan. 96, 512 P.3d 729 (2022).

On July 10, 2023, Pistotnik petitioned the court for reinstatement under Rule 232(b). Upon finding sufficient time had passed for reconsideration of the suspension, the court remanded the matter for further investigation by the Office of the Disciplinary Administrator (ODA) and a reinstatement hearing. See Rule 232(c), (e)(1)(B).

On November 27, 2023, a hearing panel of the Kansas Board for Discipline of Attorneys conducted a hearing on Pistotnik's petition for reinstatement. Shortly thereafter, the court received the hearing panel's Reinstatement Final Hearing Report. In that report, the hearing panel concludes that Pistotnik presented clear and convincing evidence to show the factors in Rule 232(e)(4) weigh in favor of reinstatement. Accordingly, the panel recommends that the court grant Pistotnik's petition and reinstate his law license.

The court accepts and adopts the findings and recommendations of the hearing panel, grants Pistotnik's petition for reinstatement, and reinstates Pistotnik's Kansas law license.

1

The court further orders Pistotnik to pay all required reinstatement and registration fees to the Office of Judicial Administration (OJA) and to complete all continuing legal education requirements. See Supreme Court Rule 812 (2023 Kan. S. Ct. R. at 609) (outlining CLE requirements following reinstatement of law license). The court directs that once OJA receives proof of Pistotnik's completion of these conditions, it add Pistotnik's name to the roster of attorneys actively engaged in the practice of law in Kansas.

Finally, the court orders the publication of this order in the official Kansas Reports and the assessment of all costs herein to Pistotnik.

Dated this 19th day of January 2024.